## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT DAVID JOHNSON ) | |
| ) | Civil Action No. 22-831-DLF |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| EDUCATION ) | |

## PROOF OF SERVICE

On March 30, 2022, I served the summons and complaint on the defendant by certified mail in envelopes, postage prepaid, addressed to all the following:

Civil Process Clerk, U.S. Attorney's Office  
555 Fourth Street, NW  
Washington, DC 20530

United States Department of Education  
400 Maryland Avenue, SW  
Washington, DC 20202

Attorney General of the United States  
950 Pennsylvania Ave., NW  
Washington, DC 20530-0001

The mailed summonses and complaints were received on April 4, 2022. In addition,

**on March 31, 2022, I served the summons and complaint on the U.S. Attorney by hand-delivery** (the copies were received by Tammatha Dawkins, paralegal, designated by law to accept service of process on behalf of the U.S. Attorney). So defendant is deemed served as of March 31, 2022. Proof is attached beneath. That includes certified mail receipts; a USPS track-and-confirm web page showing delivery; a summons partly completed on back by Ms. Dawkins; and back pages of the summonses executed by me. I declare under penalty of perjury that the foregoing is true and correct, this 6th day of April 2022.

                                                     /s/Hans F. Bader  
                                       Hans F. Bader, D.C. Bar No. 466545  
                                       hfb138@yahoo.com  
                                       1100 Conn. Ave., NW, #625  
                                       Washington, DC 20036  
                                       (703) 399-6738  
                                       *Attorney for Plaintiff*





# USPS Tracking®

FAQs >

**Track Another Package +**

Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:** 70211970000050356729

Your item was picked up at a postal facility at 4:49 am on April 4, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

April 4, 2022 at 4:49 am
WASHINGTON, DC 20530

Get Updates ⌄

See More ⌄

Feedback

Remove ✕

**Tracking Number:** 70211970000050356736

Your item was delivered to the front desk, reception area, or mail room at 7:38 am on April 4, 2022 in WASHINGTON, DC 20202.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Front Desk/Reception/Mail Room

April 4, 2022 at 7:38 am
WASHINGTON, DC 20202

Get Updates ⌄

See More ⌄

Remove ✕

**Tracking Number:** 70211970000050356743

Your item was picked up at a postal facility at 4:49 am on April 4, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

April 4, 2022 at 4:49 am
WASHINGTON, DC 20530

Get Updates ⌄

FOIA Summons (1/13) (Page 2)

Civil Action No. 22-831

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)*                          .

☐ I personally served the summons on the individual at *(place)*
    on *(date)*                     ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
    , a person of suitable age and discretion who resides there,
    on *(date)*              , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                  , who is
    designated by law to accept service of process on behalf of *(name of organization)*
    TAMMATHA DAWKINS, PARALEGAL                on *(date)* 3/31/2022   ; or

☐ I returned the summons unexecuted because                                    ; or

☐ Other *(specify)*:

My fees are $          for travel and $         for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date:  _____          _____
                                          *Server's signature*

                                 _____
                                          *Printed name and title*

                                 _____
                                          *Server's address*

Additional information regarding attempted service, etc:

FOIA Summons (1/13) (Page 2)

Civil Action No. 22-831

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S Attorney for D.C.
was received by me on *(date)* March 30, 2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the summons and complaint by certified mail on March 30, 2022 and they were delivered on April 4, 2022.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: April 6, 2022

Hans Bader
*Server's signature*

HANS BADER
*Printed name and title*

1001 Conn. Ave NW, Ste. 625, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:

FOIA Summons (1/13) (Page 2)

Civil Action No. 22-831

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* the U.S. Department of Education
was received by me on *(date)* March 30, 2022.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the Summons and Complaint by certified mail on March 30, 2022, and they were delivered on April 4, 2022.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: April 6, 2022

Hans Bader
Server's signature

HANS BADER
Printed name and title

1401 Conn. Ave. NW Ste. 625, Washington, DC 20036
Server's address

Additional information regarding attempted service, etc:

FOIA Summons (1/13) (Page 2)

Civil Action No. 22-831

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Attorney General
was received by me on *(date)* March 30, 2022.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the summons and complaint by certified mail on March 30, 2022, and they were delivered on April 4, 2022.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: April 6, 2022

Hans Bader
Server's signature

HANS BADER
Printed name and title

1001 Conn. Ave., NW, Ste. 635, Washington, DC 20036
Server's address

Additional information regarding attempted service, etc: