## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT DAVID JOHNSON ) | |
| ) | Civil Action No. 22-831-DLF |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| EDUCATION ) | |

## PLAINTIFF'S STATUS REPORT

After defendant filed its answer in this Freedom of Information Act case, plaintiff's counsel repeatedly asked defendant when the requested records will be released, and about the number of records responsive to plaintiff's request. Defendant has not provided any of that information. That information might become available if the Court ordered the parties to submit a joint status report containing the information, as if often does in FOIA cases. Having such information also would enable the parties to confer on, and propose, a schedule for further proceedings.

Accordingly, plaintiff suggests that the court issue a Minute Order similar to ones it has issued in past cases, instructing "the parties to MEET AND CONFER and file a joint status report [within two weeks] proposing a schedule for further proceedings. The status report should address the status of the plaintiff's FOIA request, including the anticipated number of documents responsive to the request and the anticipated date(s) for release of the requested documents."[1]

Respectfully submitted this 20th day of May 2022.

          /s/Hans F. Bader
Hans F. Bader, D.C. Bar No. 466545
hfb138@yahoo.com
1100 Conn. Ave., NW, #625, Washington, DC 20036
(703) 399-6738
*Attorney for Plaintiff*

---

[1] *See, e.g.,* Sept. 10, 2021 Minute Order in *Bader Family Foundation v. U.S. Department of Education*, Case 1:21-cv-02086-DLF (Minute order issued the day defendant filed its answer, containing this language, and ordering that a joint status report be submitted by Sept. 24, 2021, a date that was two weeks after the date of the Minute Order and two weeks after the Answer).