UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT DAVID JOHNSON,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No. 22-831 (DLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated May 24, 2022, the Plaintiff Robert David Johnson and Defendant U.S. Department of Education ("DOE"), by and through undersigned counsel, report as follows.  As reflected below, the parties have different positions as to a schedule for proceeding in this matter and set forth their respective positions in paragraphs 2 and 3 below.

1.  The Freedom of Information Act request at issue in this case seeks all emails between a DOE custodian (Catherine Lhamon) and a list of individuals from outside the agency and one outside entity ("Know Your IX") during a specified period of approximately three and one-half years.   (Compl. ¶ 13)

2.  DOE states that it has completed a search for potentially responsive records and has identified approximately 900 pages of potentially responsive records as a result of that search. Due to limited resources within its FOIA office, and other FOIA requests that also require processing, DOE requires more time to process the search results than proposed by Plaintiff below.  DOE anticipates making its first production of the non-exempt portion of records actually responsive to the request by July 22, 2022, and expects to complete its processing and

production of the non-exempt portion of responsive records by August 22, 2022.  That amounts to a processing rate of approximately 450 pages per month, which is consistent with processing rates applicable to other FOIA cases in this judicial district, including before this Court.  *See, e.g., Colbert v. FBI*, 16-1790 (DLF) (minute order dated August 12, 2020, declining plaintiff's request to increase the agency's 500 page per month processing rate).  In addition, rather than establish a summary judgment briefing schedule at this time as proposed by Plaintiff, DOE proposes that the parties be afforded time to confer following the completion of the production of records to determine whether any issues remain in dispute and, if so, to attempt to narrow issues before summary judgment briefing.  Accordingly, DOE proposes that the parties file a joint status report on August 30, 2022, and that the Court defer setting a briefing schedule at this time.

      3.    Plaintiff believes that the records can be produced more promptly, and accordingly proposes that Defendant be ordered to complete its processing and production of the non-exempt portion of responsive records by July 8, 2022. *See ACLU v. Dept. of Defense*, 339 F.Supp.2d 501, 503 (S.D.N.Y. 2004) (ordering production of 17,000 pages in a month); *EPIC v. FBI*, 933 F.Supp. 2d 42, 48, 50 (D.D.C. 2012) (ordering agency to produce 25,000 pages mostly in four months).  Because the records were communications with people outside the government, Plaintiff believes deliberative process privilege likely won't apply to any of their contents, eliminating the need to review records for such privileged material, and thus reducing the time needed to process the records. *See Department of the Interior v. Klamath Water Users*, 532 U.S. 1 (2001) (deliberative process privilege did not apply to communications between agency and Indian tribe, because it was outside the federal government).  Plaintiff proposes that Defendant file its motion for summary judgment by August 8, 2022; that Plaintiff file its opposition to defendant's motion for summary judgment (and any cross-motion for summary judgment) by

September 8, 2022; that Defendant file its reply in support of its motion for summary judgment, and its opposition to any cross-motion for summary judgment, by October 7, 2022; and that Plaintiff file any reply in support of its motion for summary judgment by October 21, 2022.

        Respectfully submitted,

        MATTHEW M. GRAVES, D.C. BAR #481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

By: _____/s/_____
        JEREMY S. SIMON, D.C. BAR #447956
        Assistant United States Attorney
        601 D. Street, N.W.
        Washington, D.C. 20530
        (202) 252-2528
        Jeremy.Simon@usdoj.gov


        AND

        _____/s/_____
        Hans F. Bader
        D.C. Bar No. 466545
        1100 Conn. Ave., NW, #625
        Washington, DC 20036
        (703) 399-6738
        htb138@yahoo.com

        *Attorney for Plaintiff*