UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT DAVID JOHNSON,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No. 22-831 (DLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated June 7, 2022, the Plaintiff Robert David Johnson and Defendant U.S. Department of Education ("DOE"), by and through undersigned counsel, report as follows.

1. The Freedom of Information Act request at issue in this case seeks all emails between a DOE custodian (Catherine Lhamon) and a list of individuals from outside the agency and one outside entity ("Know Your IX") during a specified period of approximately three and one-half years. (Compl. ¶ 13)

2. In the last status report, DOE stated that it had completed a search for potentially responsive records and had identified approximately 900 pages of potentially responsive records as a result of that search. DOE anticipated in that report making its first production of the non-exempt portion of records actually responsive to the request by July 22, 2022, and expected to complete its processing and production of the non-exempt portion of responsive records by August 22, 2022.

3. DOE now reports that, in the course of its review of the potentially responsive records

located by its search, it determined that the search results included many duplicates of the same records. Consequently, the number of distinct, actually responsive records is substantially lower than what DOE had originally estimated, removing the need for multiple releases. Thus DOE states that it made its final, and only release, in this matter on July 22, 2022, consisting of 409 pages, and has now completed the processing of the request. DOE further states that no documents were withheld in full and only limited redactions were made to protect personal information (such as personal email addresses) under Exemptions 6 and 7(C) of FOIA.

4. Plaintiff states that he objects to defendant's redaction of many names as purportedly covered by Exemptions 6 and 7(C) believing that these exemptions do not apply to the withheld information.

5. The parties propose the following schedule for the briefing of summary judgment motions which will afford the parties time to confer on these withholdings in an attempt to narrow issues in dispute: Defendant shall file its summary judgment motion by September 23, 2022; Plaintiff shall file its opposition to defendant's motion for summary judgment, and any cross-motion for summary judgment, by October 22, 2022; Defendant shall file its reply in support of its motion for summary judgment, and its opposition to any cross-motion for summary judgment, by November 18, 2022; and Plaintiff shall file its reply in support of any cross-motion for summary judgment by December 5, 2022

        Respectfully submitted,

        MATTHEW M. GRAVES, D.C. BAR #481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov


AND


_____/s/_____
Hans F. Bader
D.C. Bar No. 466545
1100 Conn. Ave., NW, #625
Washington, DC 20036
(703) 399-6738
htb138@yahoo.com

*Attorney for Plaintiff*