UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT DAVID JOHNSON, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, <br><br> *Defendant*. | Civil Action No. 22-831 (DLF) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Respectfully submitted,

*Hans Bader (with permission)*
Hans F. Bader
D.C. Bar No. 466545
1100 Conn. Ave., NW, #625
Washington, DC 20036
(703) 399-6738
htb138@yahoo.com

*Attorney for Plaintiff*

MATTHEW M. GRAVES
D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: \_\_\_\_\_/s/_____
Jeremy S. Simon (D.C. Bar No. 447956)
Assistant United States Attorney,
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

*Counsel for the Defendant*